450 A.2d 207

Commonwealth v. Hanible, Appellant.

Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted June 23, 1982. Vincent P. DiFabio, for appellant; William P. Boland, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.